UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED 2010 JUL 29 PM 1:02
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE: ) CASE NO. 08-51437
)
PENROD, TIMOTHY & KELLIE ) CHAPTER 7
)
Debtor (s) ) JUDGE MARILYN SHEA-STONUM

## TRANSMITTAL OF UNCLAIMED FUNDS

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| #4 | Akron General Medical Center<br>PO Box 931729<br>Cleveland, OH 44193-1126 | $900.00 | $53.86 |

2. My Trustee's check for $53.86 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: July 27, 2010

ROBERT S. THOMAS, II
Trustee in Bankruptcy

ck # 116

receipt # 81650